UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENA MEDIALDEA, *et al.*,

    Plaintiffs,

v.

LAW OFFICE OF EVAN L LOEFFLER PLLC, *et al.*,

    Defendants.

No. C09-55RSL

ORDER TO PRODUCE STATE COURT RECORD

This matter comes before the Court on "Defendant Evan L. Loeffler and Law Office of Evan L. Loeffler, PLLC's Motion to Dismiss Claims and Parties Under Fed. R. Civ. P. 12(b)(6)," Dkt. #5. Defendants have requested that the Court take judicial notice of prior proceedings in Snohomish County Superior Court pursuant to Fed. R. Civ. P. 201, but have failed to provide the relevant documents. See Dkt. #5 at 2-3. In the interests of justice and the expeditious resolution of this suit, the Court orders defendants to file with the Court the dockets for Snohomish County cause nos. 08-2-02379-4 and 08-2-01799-9 *in toto* no later than June 11, 2009.

ORDER TO PRODUCE STATE COURT RECORD - 1

DATED this 4th day of June, 2009.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO PRODUCE STATE COURT
RECORD - 2