UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENA MEDIALDEA, et al.,

    Plaintiffs,

    v.

LAW OFFICE OF EVAN L LOEFFLER PLLC, et al.,

    Defendants.

Case No. C09-55RSL

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFFS and on behalf of DEFENDANT LAW OFFICE OF EVAN L. LOEFFLER, PLLC in the unopposed amount of $161.00.

Entered this ___16th___ day of NOVEMBER , 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1